UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WALSH CONSTRUCTION COMPANY II, LLC:
    Plaintiff,

v.                                       Case No. 1:17-cv-02251-JDB

UNITED STATES SURETY COMPANY,

and

U.S. SPECIALTY INSURANCE COMPANY

    Defendants.

## WALSH CONSTRUCTION COMPANY II, LLC'S
## MOTION TO DISMISS COUNTERCLAIM

Walsh Construction Company II, LLC, by counsel, moves to dismiss the Counterclaim filed by the defendants pursuant to Fed. R. Civ. P. 12(b)(6) and 12(b)(1). A Memorandum of Points and Authorities in Support of the motion are filed herewith.

Wherefore Walsh Construction Company, II, LLC, requests that the Court dismiss the Counterclaim with prejudice and grant all other relief deemed appropriate.

                                      WALSH CONSTRUCTION COMPANY, II, LLC
                                      By Counsel

                                      /s/ Joseph H. Kasimer
                                      Joseph H. Kasimer, D.C. Bar No. 230565
                                      Mariam W. Tadros, D.C. Bar No. 1000548
                                      REES BROOME, PC
                                      1900 Gallows Road, Suite 700
                                      Tysons Corner, VA 22182
                                      Tel: (703) 790-1911
                                      Fax: (703) 848-2530
                                      jkasimer@reesbroome.com
                                      mtadros@reesbroome.com
                                      *Counsel for Plaintiff Walsh Construction Company, II, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing **WALSH CONSTRUCTION COMPANY II, LLC'S MOTION TO DISMISS COUNTERCLAIM** was filed with the Clerk of the Court by using the CM/ECF system on and electronically transmitted on December 19, 2017.

/s/ Joseph H. Kasimer
Joseph H. Kasimer, DC Bar No. 230565
REES BROOME, PC
1900 Gallows Road, Suite 700
Tysons Corner, VA 22182
Tel: (703) 790-1911
Fax: (703) 847-0463
jkasimer@reesbroome.com
*Counsel for Plaintiff Walsh Construction Company II, LLC*

2064535/23896