UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WALSH CONSTRUCTION COMPANY II, LLC: | : | |
| Plaintiff, | : | |
| v. | : | Case No. 1:17-cv-02251-JDB |
| UNITED STATES SURETY COMPANY, | : | |
| and | : | |
| U.S. SPECIALTY INSURANCE COMPANY | : | |
| Defendants. | : | |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(A)**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Walsh Construction Company II, LLC and Defendants United States Surety Company and U.S. Specialty Insurance Company that the Complaint filed by Plaintiff and the Counterclaim filed by Defendants are voluntarily dismissed, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

| | |
|---|---|
| WALSH CONSTRUCTION COMPANY II, LLC<br>By Counsel | UNITED STATES SURETY COMPANY and U.S. SPECIALTY INSURANCE COMPANY<br>By Counsel |
| /s/ Mariam W. Tadros<br>Joseph H. Kasimer, D.C. Bar No. 230565<br>Mariam W. Tadros, D.C. Bar No. 1000548<br>REES BROOME, PC<br>1900 Gallows Road, Suite 700<br>Tysons Corner, VA 22182<br>Tel: (703) 790-1911<br>Fax: (703) 848-2530<br>jkasimer@reesbroome.com<br>mtadros@reesbroome.com<br>*Counsel for Plaintiff Walsh Construction Company II, LLC* | /s/ James J. Faughnan<br>James J. Faughnan, D.C. Bar No. 430162<br>Fred A. Mendicino, *admitted pro hac vice*<br>FAUGHNAN MENDICINO, PLLC<br>21355 Ridgetop Circle, Suite 110<br>Dulles, Virginia 20166<br>Tel: (571) 434-7590<br>Fax: (571) 434-9006<br>Faughnan@fm-lawfirm.com<br>Mendicino@fm-lawfirm.com<br>*Counsel for Defendants United States Surety Company and U.S. Specialty Insurance Company* |

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a true and accurate copy of the foregoing **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(A)** was served through the Court's ECF filing system and mailed first-class, postage-prepaid this 27th day of September, 2019, to:

    Fred A. Mendicino, Esquire
    FAUGHNAN MENDICINO, PLLC
    21355 Ridgetop Circle, Suite 110
    Dulles, Virginia 20166
    *Counsel for Defendants*

      /s/ Mariam W. Tadros
      Mariam W. Tadros, D.C. Bar No. 1000548
      REES BROOME, PC
      1900 Gallows Road, Suite 700
      Tysons Corner, VA 22182
      Tel: (703) 790-1911
      Fax: (703) 848-2530
      mtadros@reesbroome.com
      *Counsel for Plaintiff Walsh Construction*
      *Company II, LLC*

2340848